Yeah…

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA),<br><br>Defendant. | Case No. 19-cv-01163-MMC<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Re: Dkt. No. 24 |

Before the Court is defendant's "Administrative Motion to File Under Seal its Answer, Affirmative Defenses, and Counterclaims," filed May 20, 2019. Counsel for both parties have filed declarations in support of the motion.

The Court having read and considered the parties' respective written submissions, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: July 5, 2019

MAXINE M. CHESNEY
United States District Judge