IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA),<br><br>　　　　　Defendant. | Case No. 19-cv-01163-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS; AFFORDING LEAVE TO AMEND**<br><br>Re: Dkt. No. 45 |

　　　　Before the Court is TIBCO Software Inc.'s Motion, filed July 19, 2019, to "Dismiss Defendant's First Amended Counterclaims." Defendant Connecticut General Life Insurance Company has filed opposition, to which plaintiff has replied. The matter came on regularly for hearing on August 23, 2019. Andrea Pallios Roberts of Quinn Emanuel Urquhart & Sullivan, LLP appeared on behalf of plaintiff. David B. Conrad of Fish & Richardson P.C. appeared on behalf of defendant.

　　　　The Court having considered the parties' respective written submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby GRANTED, and the claims asserted in Counts I, III, and IV of defendant's First Amended Counterclaims are hereby DISMISSED with leave to amend. Defendant's Second Amended Counterclaims shall be filed no later than September 13, 2019.

　　　　**IT IS SO ORDERED.**

Dated: August 27, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge