IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC., <br> Plaintiff, <br> v. <br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA), <br> Defendant. | Case No. 19-cv-01163-MMC <br><br> **ORDER GRANTING DEFENDANT CIGNA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS; DIRECTIONS TO CIGNA** <br><br> Re: Dkt. No. 67 |

Before the Court is defendant Connecticut General Life Insurance Company's ("Cigna") Administrative Motion, filed September 13, 2019, "to File Under Seal its Second Amended Answer, Affirmative Defenses, and Counterclaims,"[1] whereby Cigna seeks to file under seal material it has designated confidential. Having read and considered the motion and the declaration filed in support thereof, the Court rules as follows:

Cigna seeks to file under seal portions of its Second Amended Answer, Affirmative Defenses, and Counterclaims, as well as the entirety of Exhibits A, B, C, D, and E thereto.

---

[1] The chambers copy of the above referenced motion was submitted in double-sided format and consequently not in compliance with the Civil Local Rules of this District and this Court's Standing Orders. See Civil L.R. 3-4(c)(2) ("Text must appear on one side only[.]"); see also Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2 (providing chambers copies "shall be submitted…in single-sided format"). Nonetheless, the Court has accepted, on this occasion, the chambers copy.

1  Good cause appearing, the motion to seal is hereby GRANTED, and no further
2  action need be taken with respect to the sealing of said material. Cigna is, however,
3  hereby DIRECTED to submit to the Court, in single-sided format and no later than
4  September 30, 2019, a freestanding chambers copy of the unredacted version of its
5  Second Amended Answer, Affirmative Defenses, and Counterclaims.

**IT IS SO ORDERED.**

Dated: September 24, 2019

_____
MAXINE M. CHESNEY
United States District Judge